UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Erika Alexandria, on behalf of herself and all
others similarly situated,

                        Plaintiff,

        -against-

Twigs & Honey, LLC,

                        Defendant.
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/13/2023
```

1:23-cv-05366 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Given that mediation was not held (*see* 9/12/2023 docket text entry), it is hereby Ordered that the parties shall file a proposed case management plan no later than September 27, 2023.

**SO ORDERED.**

Dated:   New York, New York
         September 13, 2023

_____
STEWART D. AARON
United States Magistrate Judge