USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Erika Alexandria, on behalf of herself and all others similarly situated,

                    Plaintiff,

-against-

Twigs & Honey, LLC,

                    Defendant.

1:23-cv-05366 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Given that mediation was not held (*see* 11/20/2023 docket text entry), it is hereby Ordered that the parties shall file a proposed case management plan no later than Tuesday, December 5, 2023.

SO ORDERED.

Dated:    New York, New York
           November 21, 2023

_____
STEWART D. AARON
United States Magistrate Judge