

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Erika Alexandria, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

Twigs & Honey, LLC,

                Defendant.

1:23-cv-05366 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The parties' proposed case management plan is past due. (*See* 11/21/23 Order, ECF No. 19.) The parties shall file a proposed case management plan no later than Friday, December 15, 2023. Failure to comply with this Order shall result in sanctions.

SO ORDERED.

Dated:    New York, New York
            December 12, 2023

_____
STEWART D. AARON
United States Magistrate Judge