UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Erika Alexandria, on behalf of herself and all others similarly situated,

       Plaintiff,

-against-

Twigs & Honey, LLC,

       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2024

1:23-cv-05366 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

 WHEREAS, on December 12, 2023, the parties filed a Proposed Case Management Plan for the Court's consideration (Prop. Case Management Plan, ECF No. 22); and

 WHEREAS, on December 13, 2023, the Court approved the Case Management Plan and ordered the parties to file a joint status letter regarding the status of discovery no later than February 1, 2024 (Case Management Plan, ECF No. 23); and

 WHEREAS, the parties did not file a joint status letter on February 1, 2024; and

 WHEREAS, on February 2, 2024, the Court emailed counsel to the parties and directed them to file a joint status letter no later than February 7, 2024 (2/2/24 Email from Chambers to Pl. & Def.); and

 WHEREAS, the parties did not file a joint status letter on February 7, 2024.

 NOW, THEREFORE, it is hereby **ORDERED**, as follows:

 1. No later than February 16, 2024, the parties shall file a joint status letter apprising the Court on the status of discovery, which shall also explain the reason(s) for the (a) untimely filings and (b) disregard of the Court's email correspondence sent on February 2, 2024.

2. Failure to comply with this Order shall result in the imposition of sanctions.

**SO ORDERED.**

DATED: New York, New York
February 9, 2024

_____
STEWART D. AARON
United States Magistrate Judge

2