UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Erika Alexandria, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

Twigs & Honey, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/06/2024

1:23-cv-05366 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Expert discovery in the above-captioned action closed on May 2, 2024. (Case Management Plan, ECF No. 23.) The undersigned would be amenable to hold a settlement conference if both parties would like the Court to do so. No later than Friday, May 10, 2024, the parties shall send a joint email to the undersigned's Chambers (Aaron_NYSDChambers@nysd.uscourts.gov) indicating whether the parties would like the Court to hold a settlement conference and, if so, shall provide four (4) dates when counsel and their clients are available for said conference. With each suggested date, counsel should also indicate whether (a) the parties are available in the morning or afternoon, and (b) the parties prefer to proceed with the settlement conference in-person or remotely.

If the parties do not wish to participate in a settlement conference, no later than June 7, 2024, the parties shall file, in accordance with Judge Gardephe's Individual Practices, (1) a letter motion for a pre-motion conference for any motion for summary judgment or (2) a joint pretrial order.

**SO ORDERED.**

DATED:       New York, New York
             May 6, 2024

                                                                                              _____
                                                                                             STEWART D. AARON
                                                                                             United States Magistrate Judge