UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIKA ALEXANDRIA, on behalf of herself and all others similarly situated,<br><br>     Plaintiffs,<br><br>   v.<br><br>Twigs & Honey, LLC,<br><br>     Defendant. | **ORDER**<br><br>23 Civ. 5366 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

   Plaintiff Erika Alexandria seeks leave to file a motion for summary judgment on her claims.  (See Pltf. Ltr. (Dkt. No. 30))  Briefing concerning Plaintiff's motion for summary judgment will proceed on the following schedule:

  (1)  Plaintiff's motion is due by **October 24, 2024.**

  (2)  Defendant's opposition, if any, is due by **November 14, 2024.**

  (3)  Plaintiff's reply, if any, is due by **November 21, 2024.**

Under Rule IV(C) of this Court's individual rules, the "bundling rule," parties may not file motions electronically on ECF until the motion is fully briefed.

Dated: New York, New York
    October 3, 2024

                      SO ORDERED.

                       _____
                       Paul G. Gardephe
                       United States District Judge