```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Erika Alexandria, on behalf of herself and all others similarly situated,**

                Plaintiff,

-against-

**Twigs & Honey, LLC,**

                Defendant.

1:23-cv-05366 (PGG) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

    For the reasons stated on the record during today's telephone conference, it is hereby ORDERED that no later than Monday, April 28, 2025, the parties shall file a joint letter advising the Court on the status of the parties' discussions.

**SO ORDERED.**

DATED:    New York, New York
              April 21, 2025

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge