

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(ad    ed    NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(ad    ed    NY, NJ)

May 1, 2025



Dated: May 2, 2025

**VIA ECF**

Hon. Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: **Alexandria v. Twigs & Honey, LLC**
     *Case No. 23-cv-5366 (PGG) (SDA)*

Dear Magistrate Judge Aaron:

  We represent defendant Twigs & Honey, LLC in the above-referenced matter, and we write regarding the joint status letter that is due today pursuant to the Court's Orders of April 21, 2025, and April 30, 2025. First, we apologize to the Court for not submitting this on Monday, as originally ordered.

  Second, counsel have been attempting to resolve some of the issues discussed on the April 21 telephonic conference. However, counsel for plaintiff has informed us that he is out of the office and unavailable until Monday, May 5, and has requested an extension until then to submit the joint status letter.

  We thank the Court for its attention to this matter, and we are available at Your Honor's convenience if the Court has any questions regarding the foregoing.

              Respectfully submitted,

              David Stein

cc: Mars Khaimov, Esq. (via ECF)