UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIKA ALEXANDRIA, on behalf of herself
and all others similarly situated,

                Plaintiff,

-against-                        **ORDER**

TWIGS & HONEY, LLC,                  23 Civ. 5366 (PGG) (SDA)

                Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled (see Dkt. No. 49), it is ordered that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within forty-five days of this order, either party may apply by letter within the forty-five-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of Court is directed to close the case. Any pending dates and deadlines are adjourned sine die, and any pending motions are moot.

Dated: New York, New York
         May 29, 2025

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge